FILED

DEC 12 1994

~~signature~~ FC~~lerk~~

DARRELL A. LINK
c/o UNITED STATES POST OFFICE
RR1, Box 67
DELMONT, SOUTH DAKOTA 57330

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| DARRELL A. LINK, <br><br> PLAINTIFF, <br><br> VS. <br><br> UNITED STATES, AS A PERSON; <br> BANKRUPTCY COURT FOR DISTRICT <br> OF SOUTH DAKOTA, AS A PERSON; <br> A. THOMAS POKELA, <br>   AS TRUSTEE AND PERSONALLY; <br> RICK YARNALL, <br>   AS TRUSTEE AND PERSONALLY; <br> BRUCE GERING, <br>   AS TRUSTEE AND PERSONALLY; <br><br> DEFENDANTS. | CIV. NO. CIV94-4273 <br><br> APPLICATION FOR <br> PRELIMINARY INJUNCTION <br> TO QUASH ORDERS <br> (RULE 65) |

COMES NOW PETITIONER, DARRELL A. LINK, AND PETITIONS THIS COURT FOR A PRELIMINARY INJUNCTION AGAINST THE UNITED STATES AND ITS BANKRUPTCY COURT FOR THE DISTRICT OF SOUTH DAKOTA, QUASHING AND BARRING THE BANKRUPTCY COURT AND ITS AGENTS FROM ACTING ON THE ORDER CONVERTING CASE FROM CHAPTER 12 TO CHAPTER 7 AND ORDER ALLOWING TRUSTEE TO GATHER AND SALE CATTLE OF DEBTOR, COPIES ARE HERETO ATTACHED AS EXHIBITS A AND B, ON THE GROUNDS THAT THE BANKRUPTCY COURT HAD NO AUTHORITY AND JURISDICTION SINCE THIS PETITIONER HAD RESCINDED HIS SIGNATURE ON THE APPLICATION TO THE BANKRUPTCY COURT AND HAD REVOKED ANY AND ALL CONSENT AND JURISDICTION, BASED ON THE PREMISE OF FRAUD AND THAT PETITIONER HAD NO

PAGE 1

RIGHT TO APPLY FOR BANKRUPTCY "PROTECTION" UNDER TITLE 11.

THIS COURT HAS JURISDICTION OVER THIS ORIGINAL ACTION UNDER 28 U.S.C. 1331, THIS MATTER INVOLVING A FEDERAL QUESTION: WHAT THE NET EFFECT IS WHEN THE SIGNATURE ON THE APPLICATION FOR BANKRUPTCY STAY IS RESCINDED, CONSENT IS WITHDRAWN, AND WHEN 11 U.S.C. 109(A) SPECIFICALLY BARS ANY PERSON THAT RESIDES OR HAS A DOMICILE, A PLACE OF BUSINESS, OR PROPERTY **OUTSIDE** OF THE "UNITED STATES" [AS DEFINED IN 101(51)], FROM BEING A "DEBTOR" UNDER TITLE 11. VENUE IS PROPERLY IN THIS COURT SINCE THE ACTIONS OF THE UNITED STATES AND ITS BANKRUPTCY COURT AGENTS HAVE OCCURRED WITHIN THE JUDICIAL DISTRICT OF SOUTH DAKOTA.

THIS PETITION SEEKS A PRELIMINARY INJUNCTION UNDER RULE 65 AFTER THE COMMENCEMENT OF THE HEARING OF AN APPLICATION FOR THIS PRELIMINARY INJUNCTION AND FURTHER SEEK A TEMPORARY RESTRAINING ORDER PENDING TRIAL OF THE ACTION ON THE MERITS.

THE FOREGOING FACTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED THIS _12_ DAY OF DECEMBER, 1994.

_____
DARRELL A. LINK
c/o UNITED STATES POST OFFICE
RR 1, BOX 67
DELMONT, SOUTH DAKOTA 57330

SUBSCRIBED AND AFFIRMED TO BEFORE ME ON THIS _12th_ DAY OF DECEMBER, 1994.

_____
MY COMMISSION EXPIRES 5/22/95


JOHN HALLER
NOTARY PUBLIC
SOUTH DAKOTA

PAGE 2